**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-7716**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TYRONE FOSTER DAVIS,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of South Carolina, at Greenville.  G. Ross Anderson, Jr., District Judge.  (CR-91-48, CA-95-986-6-3AK, CA-97-1113-7-13)

———————————

Submitted:  July 2, 1998                     Decided:  July 20, 1998

———————————

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Tyrone Foster Davis, Appellant Pro Se.  E. Jean Howard, OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion to reopen the period for objecting to the report of the magistrate judge. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm the decision of the district court. United States v. Davis, Nos. CR-91-48, CA-95-986-6-3AK, CA-97-1113-7-13 (D.S.C. Nov. 5, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED